Duy, Le
T-75196
P.O. Box 921
Imperial, CA 92251

FILED
08 JUL -9 PM 2:37
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

Duy, Le
       Petitioner
   -vs-
V.M. Almager; Warden, et al.
       Respondents

E-filing

CV 08    3293   SBA

(PR)

_ Petitioner, Duy Le, moves the Court for an appointment of Counsel at the Public Expense. 28 USC 1915 (E)(1), 2254 (H); 18 USC 3006 A.

_ Counsel should be appointed because the issues in this case are particularly complex. The issues include: The admission of the 2003 incident for on-going rivalry been AW and VN/VG was irrelevant., The March, 1999 and January, 2001 incidents did not meet the standards for admissibility pursuant to Evidence Code Section 1101(b) and were more prejudicial than probative., General standards applicable to the admissibility of evidence pursuant to Evidence Code Section 1101(b)., Evidence of prior acts not involving Appellant under Evidence Code Section 1101(b) for intent, motive, premeditation and malice were inadmissible., The March, 1999 shooting and January, 2001 shooting were insufficiently similar to the currently charged offense to be admissible under Evidence Code Section 1101(b) for the purpose for which they were admitted., The offense admitted pursuant to Evidence Code Section 1101(b) for intent, motive, premeditation and malice were cumulative as

to those issue and should thus not have been admitted., The admission of the prior acts evidence violated Evidence Code Section 352., The limiting instruction as to the other Crimes evidence was improper., Ineffective assistance of Counsel., Prejudice.

_ Due to the length of petitioner's sentence determine that the interests of Justice require appointment of Counsel. See 18 U.S.C. 3006 A (a)(2)(b) See also <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983)

_ I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed at Imperial, CA on.

6/10/08
Date.

Signature
Duy Le #T-75196
P.O Box 921
Imperial, CA 92251