FILED
08 JUL -9 PM 2: 37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Duy Le

v.

V. M. Almager, Warden

Case Number:

**CV 08  3293**

PROOF OF SERVICE

_____ /

E-filing

SBA

(PR)

I hereby certify that on _____6/21/08_____, I served a copy

of the attached __WRIT OF HABEAS CORPUS w/ IN FORMA PAUPERIS__;

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

__CENTINELA STATE PRISON__ :

(List Name and Address of Each
Defendant or Attorney Served)

I declare under penalty of perjury that the foregoing is true and correct.

_____

(Signature of Person Completing Service)