FILED
08 JUL 22 PM 12:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LE, DUY, Plaintiff,
vs.
V.M. ALmager, Warden, Defendant.

CASE NO. CV 08 3293 SBA (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Le, Duy, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ______________________ Net: ______________________

Employer: ______________________________________________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Seven years ago I work for (Machine shop) in Freemont, CA. My Last pay check is Arpt-01-2001.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment Yes ___ No ✓

b. Income from stocks, bonds, or royalties? Yes ___ No ✓

c. Rent payments? Yes ___ No ✓

d. Pensions, annuities, or life insurance payments? Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other government source? Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married? Yes ___ No ✓

Spouse's Full Name: ___

Spouse's Place of Employment: ___

Spouse's Monthly Salary, Wages or Income:

Gross $ 0 Net $ 0

4. a. List amount you contribute to your spouse's support:$ 0

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

________________________________________

________________________________________

5. Do you own or are you buying a home? Yes ____ No ✓

Estimated Market Value: $ 0 ________ Amount of Mortgage: $ 0 ________

6. Do you own an automobile? Yes ____ No ✓

Make ________ Year ________ Model ________

Is it financed? Yes ____ No ✓ If so, Total due: $ 0 ________

Monthly Payment: $ ________

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: ________________________

________________________________________

Present balance(s): $ ________________

Do you own any cash? Yes ____ No ✓ Amount: $ ________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

________________________________________

8. What are your monthly expenses?

Rent: $ 0 ________ Utilities: ________

Food: $ 0 ________ Clothing: ________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ 0 | $ 0 |
| | $ 0 | $ 0 |
| | $ 0 | $ 0 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

______________________________________________

______________________________________________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

______________________________________________

______________________________________________

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/16/08 [signature]

DATE SIGNATURE OF APPLICANT

**Case Number:** X ________________

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Le, Duy [prisoner name] for the last six months Centinela State Prison [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ Ø and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0.

Dated: X 7/17/08

X [signature]
[Authorized officer of the institution]

REPORT ID: TS3030 .701

REPORT DATE: 07/17/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CENTINELA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 17, 2008

ACCOUNT NUMBER : T75196
ACCOUNT NAME : LE, DUY
PRIVILEGE GROUP: A

BED/CELL NUMBER: FCB2T2000000237L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 06/24/2008 | H118 | LEGAL COPIES HOLD | 7596 06/21 | 3.00 |
| 06/24/2008 | H109 | LEGAL POSTAGE HOLD | 7595 06/21 | 0.15 |
| 06/25/2008 | H109 | LEGAL POSTAGE HOLD | 7632 06/24 | 6.75 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 9.90 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 9.90- |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

Duy, LE #T-75196
P.O Box 921
Imperial, CA 92251

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

"Confidential. Legal Mail"

Case 4:08-cv-03293-SBA    Document 5    Filed 07/22/2008    Page 8 of 8