FILED
08 JUL 24 PM 3:21

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Duy, Le      Plaintiff,

vs.

V. M Almager  Defendant.

CASE NO. CV 08 3293 SBA (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Duy, Le _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  *my last employment is March 20-2001 and my last*
4  *pay check $1,200.00*
5  _____
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8        a.   Business, Profession or                    Yes ___ No ✓
9             self employment
10       b.   Income from stocks, bonds,                 Yes ___ No ✓
11            or royalties?
12       c.   Rent payments?                             Yes ___ No ✓
13       d.   Pensions, annuities, or                    Yes ___ No ✓
14            life insurance payments?
15       e.   Federal or State welfare payments,         Yes ___ No ✓
16            Social Security or other govern-
17            ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____
22 3.   Are you married?                                 Yes ___ No ✓
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $ _0_____  Net $ _0_____
27 4.   a.   List amount you contribute to your spouse's support : $ _0_____
28      b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____         - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _None support_____
4  _____

5  5.  Do you own or are you buying a home?          Yes ___ No ✓
6  Estimated Market Value: $ 0_____ Amount of Mortgage: $ 0_____
7  6.  Do you own an automobile?                     Yes ___ No ✓
8  Make _____ Year _____ Model _____
9  Is it financed? Yes _____ No ✓  If so, Total due: $ 0_____
10 Monthly Payment: $ 0_____
11 7.  Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ 0_____
15 Do you own any cash? Yes ___ No ✓ Amount: $ 0_____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)  Yes ___ No ✓
18 _____
19 8.  What are your monthly expenses?
20 Rent: $ 0_____ Utilities: _____
21 Food: $ 0_____ Clothing: _____
22 Charge Accounts:
23 Name of Account        Monthly Payment        Total Owed on This Acct.
24 _____        $ 0                    $ 0
25 _____        $ 0                    $ 0
26 _____        $ 0                    $ 0
27 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 3 -

1  _None_

2

3  10.  Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?                                    Yes ___ No ✓

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7

8

9       I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11      I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13

14  _7/25/08_                              _[signature]_

15       DATE                              SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____                - 4 -

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

---

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __LE, DUY_____,
(NAME OF INMATE)

__T75196_____,
(INMATE'S CDC NUMBER)

has the sum of $__0_____ on account to his/her credit at

__CENTINELA STATE PRISON_____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0_____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __0_____,

and the *average monthly deposits* to the applicant's account was $__0_____.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__7/22/08_____
DATE

__[signature]_____
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__MONICA PRECIADO_____
OFFICER'S FULL NAME (PRINTED)

__ACCOUNT CLERK II_____
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)                -4-                K:\COMMON\FORMS\CIV-67.

```
REPORT ID: TS3030  .701                                              REPORT DATE: 07/22/08
                                                                     PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 CENTINELA STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 22, 2008

ACCOUNT NUMBER  : T75196                       BED/CELL NUMBER: FCB2T200000237L
ACCOUNT NAME    : LE, DUY                      ACCOUNT TYPE:    I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

            << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              CURRENT HOLDS IN EFFECT

DATE     HOLD
PLACED   CODE    DESCRIPTION               COMMENT        HOLD AMOUNT
------   ----    -----------               -------        -----------
06/25/2008 H109  LEGAL POSTAGE HOLD        7632 06/24            6.75

                              TRUST ACCOUNT SUMMARY
                              ---------------------
BEGINNING     TOTAL        TOTAL         CURRENT      HOLDS        TRANSACTIONS
BALANCE       DEPOSITS     WITHDRAWALS   BALANCE      BALANCE      TO BE POSTED
---------     --------     -----------   -------      -------      ------------
   0.00         0.00          0.00         0.00         6.75           0.00

                                                     CURRENT
                                                     AVAILABLE
                                                     BALANCE
                                                     ---------
                                                        6.75-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
       CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
   TRUST OFFICE

Duy Le #T-75196
P.O Box 921
Imperial, CA 92251

"Confidential, Legal Mail"

U.S District Court
450 Golden Gate Avenue
Box 36036
San Francisco, CA 94102



