**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar Number 065211
428 J Street, Suite 350
Sacramento, CA  95814
Telephone: (916) 443-0217

Attorney for Petitioner
Duy Le

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| DU LE, | ) | No. C 08-03293 SBA (PR) |
| | ) | |
| | ) | |
| Petitioner | ) | REQUEST FOR SUBSTITUION OF |
| | ) | COUNSEL |
| v. | ) | |
| | ) | |
| | ) | |
| V. M. ALMAGER, Warden, | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |

Petitioner, Duy Le, representing himself *Pro Se*,

respectfully requests that Michael B. Bigelow, Esq., be

permitted to substitute in as his attorney of record in the

above entitled matter.

Counsel's contact information is as follows:

Michael B. Bigelow, Esq., SB #65211
428 J Street, Suite 350
Sacramento, CA  95814

Telephone: 916/443-0217
Fax:       916/447-2988
E-mail:    mbigelow6401@sbcglobal.net

I consent to this substitution.


/s/DUY LE                                DATED: May,   2009
Duy Le,
Petitioner




I Accept the substitution                DATED: May,   2009



/s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney at Law



**ORDER (Proposed)**


**IT IS SO ORDERED**


DATED: June ⟋, 2009

SAUNDRA BROWN ARMSTRONG
United States District Judge