**FILED**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DUY LE,<br><br>    Petitioner,<br><br>vs.<br><br>V.M. ALMAGER,<br><br>    Respondent. | Case No: C 08-3293 SBA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL**<br><br>[Docket 17] |

Good cause appearing,

IT IS HEREBY ORDERED THAT Petitioner's motion to substitute attorney Michael B. Bigelow as Petitioner's counsel of record is GRANTED.

IT IS SO ORDERED.

Dated: June 30, 2009

Hon. Saundra Brown Armstrong
United States District Judge