IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DUY LE,** <br><br> Petitioner, <br><br> v. <br><br> **V. M. ALMAGER,** <br><br> Respondent. | Case No. C 08-3293 SBA (PR) <br><br> **ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until July 18, 2010, to file his Answer to the Petition for Writ of Habeas Corpus. If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within 60 days of his receipt of the Answer.

Dated: 6/14/10

_____
The Honorable Saundra B. Armstrong

1

[Proposed] Order (C 08-3293 SBA (PR))