UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DU LE,<br><br>    Petitioner,<br><br>vs.<br><br>V.M. ALMAGER,<br><br>    Respondent. | Case No: C 08-03293 SBA<br><br>**ORDER GRANTING PETITIONER'S COUNSEL'S MOTION TO STRIKE PRO SE SUBMISSIONS**<br><br>Dkt. 39 |

On July 9, 2008, Petitioner Du Le filed a pro se petition for writ of habeas corpus. On November 8, 2008, the Court granted Petitioner's request to hold the action in abeyance while he exhausted his unexhausted claims in state court. Dkt. 10.

On June 4, 2009, attorney Michael Bigelow substituted in as counsel for record for Petitioner. Dkt. 19. On January 22, 2010, Petitioner, through counsel, filed a first amended petition containing his newly exhausted claims. Dkt. 21. The Court subsequently lifted the stay and issued an order directing the Respondent to show cause why the writ should not issue, and matter has now been fully briefed. Dkt. 25.

August 27, 2012, Petitioner, while still represented by counsel, filed a pro se motion to stay the action so that he could return to state court and exhaust an additional claim. Dkt. 33. On December 6, 2012, Petitioner filed a pro se second amended petition. Dkt. 35. However, on December 10, 2012, Petitioner filed a pro se motion to withdraw his second amended petition filed on December 6, 2012. Dkt. 36. In his motion, Petitioner indicates that he had been advised by his attorney not to pursue any additional claims, and instead to rely on the claim set forth in his amended petition filed by counsel on January 22, 2010. Separately, Petitioner's counsel has filed a motion to strike all of Petitioner's pro se submissions, including his second amended petition. Dkt. 39.

A court need not consider pro se motions filed by a party who remains represented by counsel.  E.g., United States. v. El-Alamin, 574 F.3d 915, 923 (8th Cir. 2009); United States v. Hildreth, 485 F.3d 1120, 1125 (10th Cir. 2007); United States v. Vampire Nation, 451 F.3d 189, 206 n.17 (3rd Cir. 2006); Abdullah v. United States, 240 F.3d 683, 686 (8th Cir. 2001); Ennis v. LeFevre, 560 F.2d 1072 (2d Cir. 1977).  In addition, it is apparent from Petitioner's pro se motion to withdraw that he has decided to follow the advice of his counsel and to forego his efforts to have the second amended petition considered by the Court.  Accordingly,

IT IS HEREBY ORDERED THAT Petitioner's counsel's motion to strike the pro se submissions filed by Petitioner is GRANTED.  The Clerk shall strike Docket 33, 34, 35 and 36.  This Order terminates Docket 40.

IT IS SO ORDERED.

Dated: January 30, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15      N:\Keith\Prisoner\08-3293 - Le - Order.docx
16
17
18
19
20
21
22
23
24
25
26
27
28